

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15 CR 526 |
| v. | |
| THADDEUS JIMENEZ et al. | District Judge Harry D. Leinenweber |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

> Name: THADDEUS JIMENEZ
> Date of Birth: \*\*/\*\*/1979
> Sex: Male
> Race: Hispanic
> Jail/Prisoner #: 2015-0819195

has been and now is, in due process of law, incarcerated in the following institution:

> Cook County Department of Corrections
> 2700 South California Avenue
> Chicago, Illinois 60608

and that said defendant has been charged in the above-captioned case with possession of a firearm by a felon, a violation of Title 18, United States Code, Section 922(g)(1), and that said defendant should appear in this case in the United States District Court at 9:45 a.m., on September 3, 2015, for an initial appearance before District Judge Harry D. Leinenweber, in the courtroom usually occupied by said judge in the United States Courthouse, Chicago, Illinois.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| ROBERTO ROBINSON<br>Acting United States Marshal<br>Northern District of Illinois<br>219 South Dearborn Street<br>Room 2444 – Federal Building<br>Chicago, Illinois 60604 | THOMAS J. DART<br>Sheriff<br>Cook County Department of Corrections<br>2700 South California Avenue<br>Chicago, Illinois 60608 |

bring or cause to be brought before this Court, at said time on said date, before District Judge Harry D. Leinenweber, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
HARRY D. LEINENWEBER
District Judge

DATED at Chicago, Illinois
this 31st day of August, 2015

2