IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America , Plaintiff(s), v. Thaddeus Jimenez , Defendant(s). | Case No. 15 CR 526-1 Judge : Harry D. Leinenweber |

## ORDER

Arraignment held. Defendant enters plea of not guilty to all counts of the Indictment. 16.1(A) Conference to be held by 9/10/2015. Pretrial motions to be filed by 10/12/2015. Detention hearing set for 9/9/015 at 10:00 a.m. Enter excludable delay in the interest of justice to begin 9/3/2015 and end 9/9/2015

Time:0:04

Date: 9/3/2015

Harry D. Leinenweber
United States District Judge