**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | No.    15 CR 526 |
| ) | Hon. Harry D. Leinenweber |
| **THADDEAUS JIMENEZ,** ) | |
|     **Defendant.** ) | |

### NOTICE OF MOTION

TO:    Michelle Petersen
        Assistant United States Attorney
        219 S. Dearborn
        Fifth Floor
        Chicago, Illinois 60604

     PLEASE TAKE NOTICE that on September 24, 2015, at 9:30 a.m., the undersigned will appear before Judge Harry D. Leinenweber, courtroom 1941, United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois and present the following motion: **Motion for Release from Solitary Confinement,** a copy of which is served upon you.

                                                  /s/ Scott J. Frankel
                                                  SCOTT J. FRANKEL
                                                  Attorney for Defendant

Scott J. Frankel
53 W. Jackson, Suite 1615
Chicago, Illinois 60604
(312) 759-9600
sfrankel@frankelandcohen.com
ARDC No. 6195429

### PROOF OF SERVICE

     SCOTT J. FRANKEL, an attorney, certifies that he served a copy of the foregoing document via the Court's CM/ECF e-filing system on September 19, 2015 on the above named individual prior to 5:00 p.m.

                                                  /s/ Scott J. Frankel