**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number:

UNITED STATES v. THADDEUS JIMENEZ                              15 CR 526

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

THADDEUS JIMENEZ

| | |
|---|---|
| NAME (Type or print) <br> Steve Greenberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/STEVEN A. GREENBERG | |
| FIRM   STEVEN A. GREENBERG and ASSOCIATES, LTD. | |
| STREET ADDRESS   53 W. JACKSON BLVD., SUITE 1260 | |
| CITY/STATE/ZIP   CHICAGO, IL  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6193478 | TELEPHONE  NUMBER   312-879-9500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL    **YES**         APPOINTED COUNSEL | |