

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

United States of America

Plaintiff(s),

v.

Thaddeus Jimenez,

Defendant(s).

Case No. 15 CR 526 - 1
Judge Harry D. Leinenweber

## ORDER

Change of plea hearing held on 6/22/2016. Defendant withdraws plea of not guilty to the Indictment. Defendant enters plea of guilty to Count One of the Indictment. Defendant informed of rights. The court accepts the plea agreement and enters judgment of guilty. Cause referred to the probation department for a presentence investigation. Sentencing set for 9/28/2016 at 9:45 a.m. Defendant remanded into the custody of the U.S. Marshal.

Time: 0:30

Date: 6/22/2016

Harry D. Leinenweber
United States District Judge