# EXHIBIT A-1

**(Exhibit A-1 is a multimedia clip provided to the Court on a CD labeled "Exhibits A-1, A-2 & C.")**