# EXHIBIT B

**(Exhibit B is a photograph of defendant's Mercedes convertible taken on August 17, 2015, after it collided with a parked vehicle.)**

