# EXHIBIT D

**(Exhibit D is a letter written by defendant while in Cook County Custody in August 2015.)**

THADDEUS JIMENEZ
#█████████
P.O. Box 089002
CHICAGO, IL. 60608




PURPLE HEART
FOREVER USA

1)

## Blu Crown Announcement:

Niggas always show their true colors when their backs r against the wall, and you'll never know who's loyal until their loyalty is tested. This time is no different. Just because I'm back in jail, many of you seem to think r time is up. Some r afraid and decided to run and hide. Others see this as an opportunity to suddenly find the courage to voice their opinions and drag my name thru the mud. But all these niggas r irrelavent. Gossip and rumors don't move me. And no matter what anyone says, my family knows what I'm about and what I've done for them. My real family, not you bitch niggas who were only pretending to be family.

It's a shame to see so many of you acting like bitches so soon, but I can't say I'm surprised. I know how a lot of you really feel, which is why I cut niggas off and

[margin note: You get this letter. Hold onto it and don't show it to anyone. This is important to me so keep it safe. I will tell you what to do with it soon!]

KEPT ONLY REAL ROYALS AROUND ME. THERE'S A REASON FOR EVERYTHING, REMEMBER THAT. TRUTH BE TOLD, ONLY A SELECT FEW TRULY LOVE AND HONOR THIS THING WE CALL FAMILY. THE REST R SIMPLY IMPOSTERS. PERIOD. YOU KNOW WHO YOU R... NIGGAS THAT NEVER SHOWED THEIR FACES WHEN IT WAS TIME TO PUT IN WORK BUT QUICK TO TAKE CREDIT FOR SHIT WE DID. ROYALS R BACK ON THE MAP. WE ARE ON TOP, AND NO BODY CAN DENY THAT. BUT A LOT OF YOU BITCH NIGGAS DON'T DESERVE TO SHARE THAT GLORY. IN MY EYES, YOU WERE NEVER REALLY ROYALS TO BEGIN WITH. YOU NEVER HAD LOVE FOR ME OR THE GUYS. YOU NEVER REALLY WERE ABOUT THIS ROYAL LIFE. IMPOSTERS - THAT'S ALL YOU EVER WERE, THAT'S ALL YOU'LL EVER BE. AND IN YOUR OWN HEARTS YOU KNOW I'M TELLING THE TRUTH. IT HURTS, DON'T IT?

NOW THAT I'M LOCKED UP, BITCH NIGGAS R MAKING A COME BACK. AT LEAST ON FACEBOOK. THAT'S TO BE EXPECTED THO. WHEN THE BIG DAWG IS AWAY, THE CATS WILL PLAY. AND

3)

THAT'S WHAT A LOT OF YOU ARE TO ME, PUSSIES. NIGGAS WEREN'T SAYING SHIT A FEW WEEKS AGO, BEFORE I ~~____~~ WAS ARRESTED. NO ONE HAD ANYTHING BAD TO SAY ABOUT ME (EXCEPT FOR THAT ~~BUM~~ ASS NIGGA GANGSTA BOOGIE. BUT HE HAD GOOD REASON TO TALK SHIT - HE WANTED TO FLIP ROYAL AND I SAID NO - THEN I FUCKED HIS BITCH.) NONE OF YOU BITCH NIGGAS HAVE THE HEART TO DISRESPECT ME OR MY FAM DIRECTLY, BECAUSE YOU KNOW BETTER. YOU HAVE COMMON SENSE. MOST OF YOU R INTERNET THUGS ANYWAY. STAY THAT WAY. THE STREETS AIN'T FOR YOU.

A LOT OF NIGGAS UP NORTH AND OUT WEST R CLAIMING TO BE ROYALS, BUT THEY'RE NOT A PART OF MY FAMILY. I ONLY EMBRACE THOSE THAT PROVE TO BE RIGHTEOUS AND DEDICATED AND LOYAL. ROYALTY IS LOYALTY, FUCK WHAT YOU HEARD. AND IF NIGGAS AIN'T LOYAL, THEY COULD NEVER BE ROYAL. PERSONALLY. BUT EVERY ONCE IN A WHILE A FAKE NIGGA WILL PUT ON A DISGUISE AND PRETEND

(4)

TO BE ONE OF MINE. BUT LIKE I SAID, NIGGAS ALWAYS SHOW THEIR TRUE COLORS WHEN THEIR BACKS R AGAINST THE WALL. I'M GRATEFUL THAT I WAS SMART ENOUGH TO KEEP THOSE NIGGAS AWAY FROM ME. HOPEFULLY THE REST OF MY FAMILY WILL BE JUST AS WISE. ONLY TIME WILL TELL.

IF ANYONE SAYS I'M IN DANGER OR THAT ROYALS R TARGETS HERE AT COOK COUNTY JAIL, DON'T BELIEVE THAT SHIT EITHER. ROYALS R ROYAL CRAZY NO MATTER WHERE THEY PUT US AND IF ANY OF YOU KNOW ANYTHING ABOUT ME AT ALL, YOU SHOULD KNOW THIS IS WHERE I CAME FROM. THIS IS WHERE I WAS CREATED. THIS IS MY HOME. MY HOUSE. MY WORLD. NO MATTER WHERE THEY PUT ME, ANY JAIL, ANY PRISON, I WILL ALWAYS BE AT HOME. I WILL ALWAYS BE THAT NIGGA███. BUT DON'T TAKE MY WORD FOR IT, FIND OUT FOR YOURSELVES IF YOU COME THRU. OR IF YOU'RE ONE OF THEM NIGGAS THAT SOMEHOW NEVER CATCHES CASES, THEN JUST ASK SOMEBODY. NOT

⑤
a scratch on me and yes, I'm still running shit. I'm sorry, that's just the way it is.

"You niggas aint nothing like we, what else more can I say?"

Despite the government's efforts to keep me in here and stop the Royal Blue wave we created across the city, I have faith in my family. My niggas can't be chased away. They can't be shook. R time is not up. This is only the beginning. If you love me and you're sincere about your dedication to R family, don't be distracted by all the bullshit. Remember everything I taught you. Remember the bonds we built together. People say I paid you niggas to become Royals. They say I bought your loyalty, but we know the truth. We are the only real family out there. No one else will ever be like us. No body will ever do the things we did. Remember that too. We did the impossible and we did it

(6)

TOGETHER, WITH ONE HEART AND MIND. I LOVE ALL MY LOYAL ROYALS AND WILL GLADLY GIVE UP MY LIFE AND MY FREEDOM FOR YOU. ROYAL LOVE TIL THE END.

BY THE TIME ▓▓▓ YOU READ THIS, I WILL MOST LIKELY BE IN FEDERAL CUSTODY. BUT EVEN IN THERE I WILL STILL BE ROYAL CRAZY. IT'S ALL I KNOW. BUT DON'T GET IT CONFUSED - I WILL BE BACK. IT'S GUNNA TAKE MORE THAN A REJECT ASS BITCH NIGGA TO STOP A REAL NIGGA LIKE ME. IN THE MEAN TIME, FUCK ALL THE GOSSIP AND LIES PEOPLE R SPREADING ABOUT US. AND FUCK THE POLICE AND THEIR GANG TASK FORCE. FUCK THE MAYOR TOO. DON'T BE DISCOURAGED BY NONE OF THIS. JUST KEEP DOING WHAT WE ALWAYS DO. AND NEVER FORGET THE SACRAFICES WE MADE. WE R THE ALMIGHTY SIMON CITY ROYAL NATION. REST IN PEACE OSKEENO, NO GOOD, AND RAMBO. YOU'RE IN MY HEART FOREVER.

"AMOR ROYAL WE'RE MADE NIGGAS"