# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                      Case No.: 1:15−cr−00526
                                                         Honorable Harry D. Leinenweber

Thaddeus Jimenez, et al.

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 9, 2017:

        MINUTE entry before the Honorable Harry D. Leinenweber:Motion to seal document [90] is denied as to Thaddeus Jimenez (1). Mailed notice (wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.