# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 CR 526-1 |
| | ) | |
| v. | ) | |
| | ) | Hon. Harry Leinenweber |
| THADDEUS JIMENEZ, | ) | *Judge Presiding* |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 11, 2020, at 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Harry Leinenweber or any judge sitting in his stead in Courtroom 1941, or another courtroom occupied by him at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, and shall present the following: **Defendant's Motion for a Judicial Recommendation.**

/s/ Nicholas V. Burris

## PROOF OF SERVICE

The undersigned attorney hereby certifies that, in accordance with Fed. R. Civ. P. 5 and the General Order on Electronic Case Filing (ECF), this Notice and the above-listed document(s) and attachments were served pursuant to the District Court's ECF system to ECF filers on March 4, 2020.

/s/ Nicholas V. Burris
One of Petitioner's Attorneys

**GREENBERG TRIAL LAWYERS**
**Steven A. Greenberg**
**Nicholas V. Burris**
**53 W. Jackson Blvd. #1260**
**Chicago, Il 60602**
**Steve@GreenbergCD.com**
**Nick@GreenbergCD.com**