# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 15 CR 526 - 1 |
| | ) | |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | |
| Thaddeus Jimenez | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

Motion by defendant Jimenez for a Judicial Recommendation [109] is granted. The Court recommends to the Bureau of Prisons that the defendant's custody be adjusted nunc pro tunc to the date of arrest of 8/17/2015, reflecting concurrent sentencing with the State sentence.

DATED: 6/16/2020

**HARRY D. LEINENWEBER, JUDGE**