**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **United States of America,** | |
| **Plaintiff,** | |
| **v.** | **No. 15-cr-526-1** |
| **Thaddeus Jimenez,** | **Judge Rebecca R. Pallmeyer** |
| **Defendant.** | |

## ORDER

Bench Warrant shall issue as to Thaddeus Jimenez , USM# 48256-42, based on alleged violations of supervised release set forth in the Probation Officers' November 17, 2025 Special Report [190].

ENTER:

Date: November 18, 2025

REBECCA R. PALLMEYER
United States District Judge