**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 00526 |
| | ) | |
| v. | ) | Honorable |
| | ) | Rebecca R. Pallmeyer |
| THADDEUS JIMENEZ | ) | |

**ATTORNEY APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has

been designated in the above captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  */s/ Jared Jodrey*
JARED JODREY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5358

*April 6, 2026*