**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 526 |
| | ) | |
| vs. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| THADDEUS JIMENEZ et al. | ) | |

## <u>MOTION TO WITHDRAW COUNSEL</u>

Comes now the UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Withdraw Counsel in this case:

1.     The undersigned Assistant United States Attorney, who has appeared in this case, is leaving employment at the United States Attorney's Office and will no longer represent the government in the above-captioned manner.

2.     Other government counsel have and will continue to appear in this case.

For the reasons stated therein, the government respectfully requests this Court grant the undersigned Assistant United States Attorney Michelle Petersen leave to withdraw from this case.

Respectfully submitted,

*/s/ Michelle Petersen*
MICHELLE PETERSEN
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-5300